O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FILOMENA FIGUEROA, | ) | Case No. CV 12-06742-OP |
| Plaintiff, | ) ) | |
| v. | ) ) | JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security, and dismissing this action with prejudice.

DATED: May 2, 2013

HONORABLE OSWALD PARADA
United States Magistrate Judge